# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CARRILLO LEON,<br><br>   Plaintiff,<br><br>   v.<br><br>CALTRANS,<br><br>   Defendant. | Case No.  1:14-cv-00200-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Salvador Carrillo Leon ("Plaintiff") filed the complaint in this action on February 13, 2014.  (ECF No. 1.)  To date, Plaintiff has not paid the $400.00 filing fee or filed an application to proceed in forma pauperis without prepayment of the filing fee.

Based upon the foregoing, it is HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff shall pay the $400.00 filing fee or file an application to proceed in forma pauperis without prepayment of the filing fee.  Plaintiff is forewarned that failure to pay the filing fee or file an application to proceed in forma pauperis will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE

1