# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CARRILLO LEON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALTRANS,<br><br>    Defendant. | Case No. 1:14-cv-00200-LJO-SAB<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE** |

Plaintiff Salvador Carrillo Leon ("Plaintiff") filed the complaint in this action on February 13, 2014. (ECF No. 1.) Plaintiff has not paid the $400.00 filing fee or filed an application to proceed in forma pauperis without prepayment of the filing fee. On February 18, 2014, the Court ordered Plaintiff to pay the filing fee or to file an application to proceed in forma pauperis within thirty (30) days. (ECF No. 2.) The Court forewarned Plaintiff that failure to pay the filing fee or to apply to proceed in forma pauperis would result in dismissal of this action. Plaintiff has not responded to the Court's order.

Accordingly, it is HEREBY ORDERED that this action is DISMISSED for Plaintiff's failure to pay the filing fee. The Clerk of the Court is directed to CLOSE this action.

**SO ORDERED**
**Dated: April 2, 2014**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**